**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JEBRIL ABUSHAHRUR, | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1686-HE |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

On October 19, 2026, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation [Doc. #17], recommending the court grant the petition for habeas relief and order respondents to release petitioner within three business days subject to an appropriate Order of Supervision. The magistrate judge further recommended the court deny without prejudice petitioner's request to enjoin future re-detention, and order respondents to certify compliance by filing a status report within ten business days of the court's order and to provide a copy of the court's order to the Warden of the Diamondback Correctional Facility.

In the Report and Recommendation, the magistrate judge advised the parties that any objection to the Report and Recommendation must be filed not later than October 26, 2026. He also advised them of the consequences of the failure to make timely objection.

No timely objection to the Report and Recommendation has been filed. Consequently, the right to appellate review of the Report and Recommendation is waived.

*See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). The court will adopt the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation [Doc. #17] is **ADOPTED** in its entirety. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **GRANTED** and respondents are **ORDERED** to release petitioner **within three (3) business days**, subject to an appropriate Order of Supervision.

Petitioner's request to enjoin future re-detention is **DENIED WITHOUT PREJUDICE**.

Respondents are **ORDERED** to certify compliance by filing a status report **within ten (10) business days** of this order and to provide a copy of this order to the Warden of the Diamondback Correctional Facility.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 30th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE